MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 103755
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Monica.Klapper@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

# Jan 28 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Steven A. Turner,<br><br>                    Defendant. | No.  CR-21-00056-PHX-JAT<br><br>**I N F O R M A T I O N**<br><br>**VIO:  15 U.S.C. § 78j(b)  & 17 C.F.R. § 240-10b-5**<br>**Securities Fraud** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**
**(Securities Fraud, 15 U.S.C. § 78j(b)  & 17 C.F.R. § 240-10b-5)**

1.      Between about January of 2013 and the present, Defendant STEVEN A. TURNER, acting individually and through his entity Coyote Capital Investments, LLC, engaged in the following:  acting in connection with the purchase or sale of a security, and acting knowingly, willfully and with the intent to defraud, TURNER employed a device, scheme or artifice to defraud, made untrue statements about or omitted a statement of material fact, and engaged in a practice that operated as a fraud; and in doing so, TURNER made use of or caused the use of any means or instrumentality of interstate commerce, made use of the mails, or made use of a national securities exchange.

2.      In approximately 2006, TURNER began a business, through his entity Coyote Capital, in which he raised funds from investors by means of securities, to provide hard money loans to support real estate purchases by third parties.  The hard money loans were short-term loans that carried a high interest rate.  In return, investors were promised interest rates between 10% and 18%.

3.      In approximately 2009, TURNER issued a private placement memorandum ("PPM") to obtain investments, and he used that PPM in subsequent years.  In the PPM and its supporting documents, TURNER promised investors, among other things, that:  (1) their investment monies would be used solely to lend funds "to third parties for the acquisition, rehabilitation, and eventual sale of real estate"; and (2) their investments would be secured by a first-position lien on the real estate underlying the hard money loan.

4.      In approximately 2013, TURNER began diverting investor funds to purposes other than the purpose promised to investors.  He loaned funds to an entity called Knockout Gaming, LLC, which claimed to be developing software for on-line gaming and was owned and operated by G.K.   Between 2014 and the present, TURNER diverted at least $11 million to Knockout Gaming, which never generated a genuine product or earned revenue and is now defunct.

5.      For a short time, TURNER was able to make Ponzi-type interest payments to Coyote Capital investors, using funds from later investments to pay interest due on earlier investments.   Sometime in 2019, TURNER defaulted on all investments.  TURNER'S actions caused the following losses to investors:

| Investor # | Name | Amount Owing |
|---|---|---|
| 102 | T. C. Industries | $      2,375,000 |
| 104 | R. W. | $         400,000 |
| 105 | M. B. | $         395,000 |
| 108 | Micro***** | $         475,000 |
| 112 | B. Family Trust | $           60,000 |

- 2 -

| 118 | D. D. | $ | 225,000 |
|---|---|---|---|
| 121 | S. C. | $ | 465,000 |
| 122 | E. Family Trust | $ | 240,000 |
| 124 | J. A., PC | $ | 110,000 |
| 127 | J. B. | $ | 50,000 |
| 128 | J. S. | $ | 150,000 |
| 131 | D. B. | $ | 200,000 |
| 133 | M. P. K. | $ | 325,000 |
| 135 | T. Investments, LLC | $ | 200,000 |
| 136 | A. B. | $ | 200,000 |
| 137 | Estate of B. H. | $ | 250,000 |
| 138 | L. H. | $ | 70,000 |
| 140 | C. K. | $ | 300,000 |
| 141 | S. Holding Trust | $ | 50,000 |
| 142 | J. F. | $ | 150,000 |
| 146 | R. T. D. | $ | 200,000 |
| 147 | T. B. | $ | 1,100,000 |
| 148 | L. B. | $ | 200,000 |
| 149 | A. B. Trust | $ | 321,000 |
| 150 | D. B. | $ | 300,000 |
| 151 | R. W. E. | $ | 50,000 |
| 152 | J. D. S. | $ | 100,000 |
| 153 | T. L. H. | $ | 100,000 |
| 154 | S. H. | $ | 100,000 |
| 155 | R. B. | $ | 1,000,000 |
| 156 | T. L. R. | $ | 1,075,000 |
| 158 | D. O. | $ | 100,000 |

| 159 | J. T. S. | $ | 200,000 |
|---|---|---|---|
| 160 | A. E. S. | $ | 50,000 |
| 161 | M. J. B. | $ | 100,000 |
| 163 | M. G. | $ | 150,000 |
| 165 | H. Revocable Trust | $ | 50,000 |
| 166 | R. S. | $ | 25,000 |
| 167 | C. J. | $ | 25,000 |
| 168 | M. W. | $ | 150,000 |
| 171 | J. J. A. | $ | 250,000 |
| 172 | KCKKTC Family LP | $ | 50,000 |
| 173 | C. Financial, LLC | $ | 100,000 |
| 174 | M. Group, LLC | $ | 80,000 |
| 175 | R. S. C. Trust | $ | 200,000 |
| 176 | R. J. | $ | 50,000 |
| 177 | M. E. | $ | 600,000 |
| 178 | M. P. K. | $ | 750,000 |
| 179 | J. R. L. | $ | 325,000 |
| 180 | C. F. W. | $ | 60,000 |
| | **Total** | **$** | **14,551,000** |

6.      More specifically, on or about September 26, 2018, victim-investor M.G. used an instrument of interstate commerce to wire an investment of $150,000, under the 2009 PPM, into TURNER'S Coyote Capital operating account – Pacific Premier Bank account ending 5115 – believing the funds would be used as promised in the PPM.  Instead of using the funds as promised, TURNER wired $150,000 from that account to Knockout Gaming on that very same date.

- 4 -

1      This conduct was in violation of 15 U.S.C. § 78j(b)  & 17 C.F.R. § 240-10b-5.

2      Dated this ___ day of _____, 2020.

3                                          MICHAEL BAILEY
                                           United States Attorney
4                                          District of Arizona

5

6                                          _____
                                           Digitally signed by MONICA
                                           KLAPPER
                                           Date: 2020.11.02 14:32:50 -07'00'
                                           MONICA B. KLAPPER

7                                          Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      - 5 -