# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00056-001-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Steven A. Turner, | |
| Defendant. | |

Pursuant to the United States' second status report, (Doc. 34), and good cause appearing,

**IT IS ORDERED** that, because of amounts paid to certain victims as a result of their liens in recently-sold real property owned by Coyote Capital, the Clerk of the Court shall reduce the restitution owing to those victims as follows:

Victim M.K. – restitution shall be reduced by $40,110.72;

Victims J.H. & L.H. – restitution shall be reduced by $11,698.96; and

Victim M.G. – restitution shall be reduced by $3,899.65.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall release $395,131.51 in funds from the sale of Coyote Capital assets to the Clerk of the Court for payment of restitution to victims.

Dated this 27th day of January, 2022.

James A. Teilborg
Senior United States District Judge

cc: Finance